**2010–2097.   State ex rel. Carrion v. Betleski.**
Lorain App. No. 10CA0009856. This cause is pending before the court as an appeal from the Court of Appeals for Lorain County. It appears from the records of this court that appellant has not filed a merit brief, due February 22, 2011, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.

Upon consideration thereof, it is ordered by the court that this cause is dismissed.

## MISCELLANEOUS ORDERS

**2011–0191.   Disciplinary Counsel v. Jones.**
This matter is before the court upon Thomas Jones's filing of a motion to quash subpoena and/or motion for protective order. Upon consideration thereof, it is ordered that the motion to quash and/or for protective order is denied.

This matter is also before the court upon Jones's filing of a motion to strike Disciplinary Counsel's memorandum in opposition to the motion to quash subpoena and/or for protective order. Upon consideration thereof, the motion to strike is denied.